**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-0572 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On June 15, 2021, the parties stipulated for the Plaintiff to have an extension of thirty days to file her opening brief. (Doc. 17.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief no later than **July 28, 2021**.

IT IS SO ORDERED.

Dated:　**June 16, 2021**　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE