UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-0572 JLT<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 19) |

On July 27, 2021, the parties stipulated for Plaintiff to have an additional extension of thirty days to file an opening brief. (Doc. 19.) The Scheduling Order allows for only one extension of thirty days by the stipulation of the parties. (Doc. 7 at 3.) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*)

Although Plaintiff now asserts this is her "first extension" in the action and contends "Court approval is not required for this extension" (Doc. 19 at 1), this is the *second* extension by stipulation requested by Plaintiff for filing her opening brief. Previously, the parties stipulated to an extension of thirty days due to an anticipated family vacation for Plaintiff's counsel, at which time the Court extended the deadline to July 28, 2021. (Doc. 17 at 1; Doc. 18 at 1.) Because Plaintiff previously sought an extension of time, the Court construes the stipulation now before the Court to be a motion to amend the Court's scheduling order. (Doc. 7 at 3.)

Notably, Plaintiff does not offer any reason for the delay in filing an opening brief. (*See* Doc. 19.) Thus, the Court is unable to find good cause for the extension being granted to the extent requested. Accordingly, the Court **ORDERS**:

1. The request for a further extension of time (Doc. 19) is **GRANTED IN PART**;
2. Plaintiff **SHALL** file an opening brief no later than **August 11, 2021**; and
3. The parties are reminded that any additional requests for an extension of time shall be made by written motion, and supported by good cause.

IT IS SO ORDERED.

Dated:  **July 28, 2021**                   _ /s/ Jennifer L. Thurston
                                           CHIEF UNITED STATES MAGISTRATE JUDGE